

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 14, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jeffrey Daniel Arrington                    Case No. 23-51362-KMS
          Kelly Elizabeth Arrington, Debtors                    CHAPTER 13

## ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtors' Motion to Suspend Plan Payments (DK # 28 ), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Suspend Plan Payments is granted.  Debtors' past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan are hereby suspended for July 2026 and August 2026; that the Trustee shall increase Debtors' Plan payment as necessary to offset for the lost plan payment with payments to resume in Septemeber 2026.  The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS